IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )      3:94cr114-MHT-7
                            )           (WO)
SCOTTIE FITZGERALD ROWELL   )

ORDER

Upon consideration of the memorandum submitted by the probation department (doc. no. 1639) requesting that the pending revocation petition be dismissed and that supervised release be terminated, and for good cause, it is ORDERED that:

(1) The motion for disposition of revocation petition (doc. no. 1636) is granted.

(2) The petition for revocation (doc. no. 1492) is dismissed without prejudice.

(3) Defendant Scottie Fitzgerald Rowell's term of supervised release is terminated effective immediately and he is discharged.

DONE, this the 9th day of August, 2016.

          /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE