**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION**

```
UNITED STATES OF AMERICA   )
                           )    CRIMINAL ACTION NO.
     v.                    )      3:94cr114-MHT-7
                           )           (WO)
SCOTTIE FITZGERALD ROWELL  )
```

**ORDER**

Upon consideration of the defendant Scottie Fitzgerald Rowell's "Motion to Resolve Revocation Disposition Doc. # 1492" (doc. no 1642), it is ORDERED that the motion is denied as moot. On August 9, 2016, this court entered an order (doc. no. 1640) granting Rowell's earlier motion for disposition of revocation petition (doc. no. 1636), dismissing the petition for revocation (doc. no. 1492) without prejudice, and terminating Rowell's term of supervised release.

DONE, this the 25th day of August, 2016.

                                         /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**